JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR -6 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 830

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE COMPREHENSIVE CARE CORPORATION SECURITIES LITIGATION

ORDER DISMISSING SECTION 1407 MOTION
AND VACATING MARCH 29, 1990, HEARING

    Before the Panel is a motion, by plaintiffs in the action pending in the Southern District of New York, seeking centralization of three actions listed on the attached Schedule A under 28 U.S.C. §1407 in the New York forum.

    Movants have informed the Panel that on February 27, 1990, an order was filed in the federal court in the Eastern District of Virginia which permits the filing of a complaint which will incorporate all plaintiffs' claims in this litigation in the Virginia court. Movants represent to the Panel that they have been authorized on behalf of all plaintiffs and defendants to request that the Panel dismiss as moot their Section 1407 motion.

    IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. 1407 is DISMISSED.

    IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on February 14, 1990, as amended on February 22, 1990, be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-830 -- In re Comprehensive Care Corporation Securities Litigation</u>

<u>Central District of California</u>

<u>Robert Gildon, et al. v. Comprehensive Care Corp., et al.</u>, C.A. No. CV89-6355 (SVW) (Ex)

<u>Eastern District of Virginia</u>

<u>George Himler v. First Hospital Corp., et al.</u>, C.A. No. 89-763-N

<u>Southern District of New York</u>

<u>Suzanne McGrath, et al. v. Ronald I. Dozoretz, et al.</u>, C.A. No. 89 Civ 8003 (KTD)